Kelly H. Dove, Esq.
Nevada Bar No. 10569
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
cgianelloni@swlaw.com

Virginia A. Gibson, Esq.
*(Pro hac vice forthcoming)*
Alexander B. Bowerman, Esq.
*(Pro hac vice forthcoming)*
Kendyl E. Keesey, Esq.
*(Pro hac vice forthcoming)*
HOGAN LOVELLS US LLP
1735 Market Street, Suite 2300
Philadelphia, PA 19103
Tel. (267) 675-4600
Fax. (267) 675-4601
Email: virginia.gibson@hoganlovells.com
alexander.bowerman@hoganlovells.com
kendyl.keesey@hoganlovells.com

*Attorneys for Defendant Plain Green, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOVEREIGN BUSINESS SOLUTIONS LLC and L. STEVEN HAYNES,<br><br>Plaintiffs,<br>v.<br><br>PLAIN GREEN, LLC,<br><br>Defendant. | Case No.: 2:19-cv-01035-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes ("Plaintiffs") and Defendant Plain Green, LLC ("Plain Green") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Plain Green's deadline to respond to Plaintiff's Complaint [ECF No. 4-1] to July 24, 2019.

1. Plain Green accepted service of the Complaint and Summons on May 23, 2019.

2. Plain Green filed a Petition for Removal on June 17, 2019 [ECF No. 1].

3. Plain Green's responsive pleading or motion is currently due June 24, 2019.

4. Plain Green requests additional time in order to adequately investigate and prepare its response to Plaintiffs' Complaint. The Complaint raises complex issues of law, including those referenced in the Petition for Removal, and Plain Green's response requires an investigation of alleged facts that occurred over five years ago, including alleged actions by individuals who are not currently officers, directors, employees, or agents of Plain Green.

5. On June 19, 2019, counsel for Plaintiffs agreed to the extension requested herein.

6. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Plain Green to file its responsive pleading or motion to and including July 24, 2019.

Dated: June 20, 2019

ARMSTRONG TEASDALE LLP

By: */s/ Brandon P. Johansson*
Brandon P. Johansson, Esq.
Nevada Bar No. 12003
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

*Attorneys for Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes*

Dated: June 20, 2019

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Plain Green, LLC*

## ORDER

**IT IS ORDERED** that Plain Green shall respond to Plaintiffs' Complaint on or before July 24, 2019.

DATED: _____June 21__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE